1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

KYLE PEPPERS,                          )        No.  CV 09-6647-DSF (AGR)
                     Petitioner,       )
                                       )        **JUDGMENT**
     v.                                )
                                       )
LINDA SANDERS,                         )
                     Respondent.       )
_____)

     Pursuant to the order adopting the magistrate judge's report and

recommendation,

     IT IS ADJUDGED that the petition in this matter is denied and dismissed with

prejudice.

             3/30/10

DATED: _____      _____
                                              DALE S. FISCHER
                                      UNITED STATES DISTRICT JUDGE