UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PEPPERS,<br><br>    Petitioner,<br><br>    v.<br><br>LINDA SANDERS,<br><br>    Respondent. | NO. CV 09-6647-DSF (AGR)<br><br>AMENDED ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Petition; the Magistrate Judge's Report and Recommendation ("R&R"); the Objections to the R&R filed on March 11, 2010;[1] and the records and files. Based upon the Court's *de novo* review, the Court agrees with the recommendation of the Magistrate Judge.

    Petitioner's objections are without merit. However, Petitioner also requests appointment of counsel. (Objections at 2.) Habeas petitioners generally do not have a constitutional right to appointment of counsel. *See McCleskey v. Zant*, 499 U.S. 467, 495, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991); *Pennsylvania v. Finley*,

---

[1] Respondent did not file a response to Petitioner's objections.

481 U.S. 551, 555, 107 S. Ct. 1990, 95 L. Ed. 2d 539 (1987); *Ortiz v. Stewart*, 149 F.3d 923, 932 (1998). The Court has reviewed the pleadings and record in this case and has determined that the interests of justice do not warrant appointment of counsel. 18 U.S.C. § 3006A.

IT IS ORDERED that the Report and Recommendation is adopted, and that Judgment be entered denying the Petition and dismissing this action without prejudice. Petitioner's request for counsel is denied.

DATED: 4-14-10

DALE S. FISCHER
United States District Judge