UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KYLE PEPPERS,<br><br>            Petitioner,<br><br>    v.<br><br>LINDA SANDERS,<br><br>            Respondent. | No. CV 09-6647-DSF (AGR)<br><br>**AMENDED JUDGMENT** |

Pursuant to the amended order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: 4-14-10

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE